**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: LEITH, THOMAS M | § Case No. 09-16360 |
|      LEITH, LISA R | § |
| | § |
| Debtor(s) KLEZCYNSKI, LISA R | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>JOSEPH R. VOILAND</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 7/14/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/17/2011          By:  JOSEPH R. VOILAND
                                                                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LEITH, THOMAS M | § Case No. 09-16360 |
| LEITH, LISA R | § |
| | § |
| Debtor(s) KLEZCYNSKI, LISA R | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,286.81 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,286.81 |
| **Balance on hand:** | $ 5,286.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,286.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,278.68 | 0.00 | 1,278.68 |
| Trustee, Expenses - JOSEPH R. VOILAND | 113.27 | 0.00 | 113.27 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 1,180.00 | 0.00 | 1,180.00 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 201.08 | 0.00 | 201.08 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,773.03 |
| Remaining balance: | $ 2,513.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,513.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,513.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,461.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 1,950.30 | 0.00 | 43.98 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 5,784.25 | 0.00 | 130.45 |
| 3 | DISCOVER BANK | 9,461.38 | 0.00 | 213.38 |
| 4 | PYOD LLC its successors and assigns as assignee of | 525.79 | 0.00 | 11.86 |
| 5 | PYOD LLC its successors and assigns as assignee of | 11,319.80 | 0.00 | 255.29 |
| 6 | PYOD LLC its successors and assigns as assignee of | 421.13 | 0.00 | 9.50 |
| 7 | North Gary Auto Care Center, Inc | 966.16 | 0.00 | 21.79 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 8 | American Express Centurion Bank | 16,288.96 | 0.00 | 367.36 |
| 9 | PRA Receivables Management, LLC | 740.41 | 0.00 | 16.70 |
| 10 | PRA Receivables Management, LLC | 783.08 | 0.00 | 17.66 |
| 11 | Chase Bank USA, N.A. | 5,449.29 | 0.00 | 122.90 |
| 12 | Capital Recovery III LLC Assignee of | 5,043.62 | 0.00 | 113.75 |
| 13 | GE Money Bank dba GAP | 1,095.18 | 0.00 | 24.70 |
| 14 | GE Money Bank dba LOWES CONSUMER | 320.21 | 0.00 | 7.22 |
| 15 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 1,075.29 | 0.00 | 24.25 |
| 16 | GE Money Bank dba JCPENNEY REWARDS MASTERCARD | 1,201.19 | 0.00 | 27.09 |
| 17 | GE Money Bank dba MEIJER PLATINUM MC | 2,275.11 | 0.00 | 51.31 |
| 18 | GE Money Bank dba OLD NAVY | 295.79 | 0.00 | 6.67 |
| 19 | Fia Card Services, NA/Bank of America | 17,872.59 | 0.00 | 403.08 |
| 20 | Fia Card Services, NA/Bank of America | 13,085.80 | 0.00 | 295.12 |
| 21 | Chase Bank USA NA | 6,457.53 | 0.00 | 145.64 |
| 22 | Toyota Motor Credit Corporation | 9,048.92 | 0.00 | 204.08 |

Total to be paid for timely general unsecured claims:  $    2,513.78
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 09-16360-MB
Thomas M Leith                                                  Chapter 7
Lisa R Leith
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1        User: mjerdine               Page 1 of 3                   Date Rcvd: Jun 15, 2011
                            Form ID: pdf006              Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2011.
db/jdb       +Thomas M Leith,    Lisa R Leith,    1860 Dorchester Ave,    Algonquin, IL 60102-5195
aty          +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,   Elgin, IL 60120-6421
aty          +Joseph R Voiland,    Joseph R. Voiland,   1625 Wing Road,    Yorkville, IL 60560-9263
tr           +Joseph Voiland,    Joseph R. Voiland,   1625 Wing Road,    Yorkville, IL 60560-9263
13880218     +Advocate Good Shepard Hospital,    450 W. Highway 22,    Barrington, IL 60010-1999
13880219     +American Express,    c/o Becket and Lee,   Po Box 3001,    Malvern, PA 19355-0701
15020766      American Express Centurion Bank,    Becket and Lee LLP,    Attorneys/Agent for Creditor,   POB 3001,
               Malvern, PA 19355-0701
13880220     +Baker & Miller, P.C.,    29 N Wacker Drive 5th Fl,    Chicago, IL 60606-2851
13880221     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,   Greensboro, NC 27420-6012
13880223     +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
13880224    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15101910     +Capital Recovery III LLC Assignee of,    HSBC Bank Nevada Natl Assoc-Menards,
               Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13880226     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
15411540      Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
15068496      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
13880228     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13880229     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
13880230     +Citifinancial,    Po Box 499,   Hanover, MD 21076-0499
13880232     +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
13880233     +Creditors Interchange,    80 Holz Drive,   Buffalo, NY 14225-1470
13880234      Culligan,    PO Box 5277,   Carol Stream, IL 60197-5277
13880237     +Express,   P.O Box 659728,    San Antonio, TX 78265-9728
13880238     +First National Bank of Marin/Credit One,    Customer Service,    Po Box 98873,
               Las Vegas, NV 89193-8873
13880239     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108
13880246     +Green Keep,    3510 High Hill Circle,   Carpentersville, IL 60110-3225
13880252    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/neimn,    Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
13880251      HSBC Mortgage Corporation,    PO BOX 4552,   Buffalo, NY 14240-4552
13880247      Hinckley Springs,    PO BOX 660579,   Dallas, TX 75266-0579
13880249     +Hsbc Bank,    Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
13880253     +Kimberly Leith,    2660 Braeburn Way,   Woodstock, IL 60098-2338
13880255     +Macys/fdsb,    Macy’s Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
13880256     +Massucci, Blomquist, Brown & Hedric,    750 W Northwest Highway,
               Arlington Heights, IL 60004-5399
13880257     +Merchants Cr,    223 W Jackson St,   Chicago, IL 60606-6993
13880259     +NCO Financial Systems,    PO BOX 4906,   Dept 64,   Trenton, NJ 08650-4906
13880258     +Nco Fin /99,    Po Box 15636,   Wilmington, DE 19850-5636
13880262     +North Gary Auto Care Center, Inc,    1N365 Gary Ave,    Carol Stream, IL 60188-2279
13880263     +Orkin,   PO Box 1056,    Woodstock, IL 60098-1056
15048464     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   HSBC BANK NEVADA, NA,
               c/o Household Bank,   POB 41067,    NORFOLK VA 23541-1067
15048461     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   HSBC BANK NEVADA, NA,
               c/o Orchard Bank,   POB 41067,    NORFOLK VA 23541-1067
14984037     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14984036     +PYOD LLC its successors and assigns as assignee of,    MHC Receivables, LLC,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13880264     +Penncro Associates,    PO Box 538,   Oaks, PA 19456-0538
13880268    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,    PO BOX 5855,    Carol Stream, IL 60197-5855)
16688958    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,    5005 North River Blvd., N.E.,
               Cedar Rapids, IA 52411-6634)
13880265      The Children’s Place Plan,    Processing Center,   Des Moines, IA 50364-0001
13880266     +Tnb-visa,    Po Box 9475,   Minneapolis, MN 55440-9475
13880270    ++VON MAUR INC,    6565 BRADY STREET,   DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,    Attn: Credit Dept,    6565 Brady,   Davenport, IA 52806)
13880269      Village of Algonquin,    2200 Harnish Drive,   Algonquin, IL 60102-5995
13880273     +WFNNB,   Po Box 182273,    Columbus, OH 43218-2273
13880271     +Wf Fin Bank,    Po Box 182273,   Columbus, OH 43218-2273
13880274     +Wfnnb/new York & Compa,    220 W Schrock Rd,   Westerville, OH 43081-2873
13880276     +Willoughby Farms Master Assoc,    5999 S New Wilke Rd #108,    Rolling Meadows, IL 60008-4501
13880278     +Zwicker & Associates, P.C>,    80 Minuteman Road,   Andover, MA 01810-1008
```

```
District/off: 0752-1          User: mjerdine              Page 2 of 3              Date Rcvd: Jun 15, 2011
                              Form ID: pdf006             Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14962761         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2011 00:00:09
                 AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,   PO Box 248866,   Oklahoma City, OK   73124-8866
13880231        +E-mail/Text: resurgentbknotifications@resurgent.com Jun 15 2011 23:26:50      Collection,
                 Attn: Bankrutpcy Department,    Po Box 10587,   Greenville, SC 29603-0587
14979524         E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34      DISCOVER BANK,
                 DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
13880235        +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 00:00:34      Discover Fin,
                 Attention:  Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15389949         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2011 00:00:09
                 Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                 Oklahoma City,  OK   73124-8809
15386085        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:23      GE Money Bank dba GAP,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15386088        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:23
                 GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15386089        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22
                 GE Money Bank dba JCPENNEY REWARDS MASTERCARD,    Care of Recovery Management Systems Corp,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15386087        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      GE Money Bank dba LOWES CONSUMER,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15386091        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:23
                 GE Money Bank dba MEIJER PLATINUM MC,   Care of Recovery Management Systems Corp,
                 25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15386092        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      GE Money Bank dba OLD NAVY,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13880241        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      GE Mongram Bank / JC Penney Dc,
                 Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13880242        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      GEMB / Old Navy,
                 Attention:  Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13880243        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      Gemb/gap,    Attention:  Bankruptcy,
                 Po Box 103106,   Roswell, GA 30076-9106
13880244        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      Gemb/jcp,    Attention:  Bankruptcy,
                 Po Box 103106,   Roswell, GA 30076-9106
13880245        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      Gemb/meijer Dc,   Po Box 981400,
                 El Paso, TX 79998-1400
13880254        +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 00:01:22      Lowes / MBGA,
                 Attention:  Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
13880260        +E-mail/Text: bankrup@nicor.com Jun 15 2011 23:26:59      Nicor Gas,
                 Attention:  Bankruptcy Department,    1844 Ferry Road,   Naperville, IL 60563-9662
13880261        +E-mail/Text: bnc@nordstrom.com Jun 15 2011 23:27:19      Nordstrom FSB,
                 Attention:  Bankruptcy Department,   Po Box 6566,   Englewood, CO 80155-6566
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13880275        Wfnnb/victorias Secret
13880222*      +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
13880225*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                 Norcross, GA 30091)
13880227*      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
13880240*      +GC Services Limited Partnership,   Collection Agency Division,   6330 Gulfton,
                 Houston, TX 77081-1108
13880250*      +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
13880267*      +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
13880272*      +Wf Fin Bank,   Po Box 182273,   Columbus, OH 43218-2273
13880277*      +Willoughby Farms Master Assoc,   5999 S New Wilke Rd #108,   Rolling Meadows, IL 60008-4501
13880236       ##Dundee United Soccer Club,   PO Box 758,   Dundee, IL 60118-0758
13880248      ##+Homeshield Pest Control,   1815 Wallace Ave #302,   Saint Charles, IL 60174-3421
                                                                                   TOTALS: 1, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: mjerdine              Page 3 of 3                  Date Rcvd: Jun 15, 2011
                               Form ID: pdf006             Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2011**                    **Signature:**    /s/ Joseph Speetjens