**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: LEITH, THOMAS M § Case No. 09-16360
    LEITH, LISA R §
            §
Debtor(s) KLEZCYNSKI, LISA R §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $337,040.00 *(without deducting any secured claims)* | Assets Exempt: $44,155.00 |
| Total Distribution to Claimants: $2,513.87 | Claims Discharged Without Payment: $108,947.91 |
| Total Expenses of Administration: $2,773.03 | |

  3) Total gross receipts of $ 5,286.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,286.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,391.95 | 2,773.03 | 2,773.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 111,461.78 | 111,461.78 | 2,513.87 |
| **TOTAL DISBURSEMENTS** | $0.00 | $112,853.73 | $114,234.81 | $5,286.90 |

  4) This case was originally filed under Chapter 7 on May 05, 2009. The case was pending for 29 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2011  By: /s/JOSEPH R. VOILAND
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase checking account | 1129-000 | 500.00 |
| Misc household furniture & appliances: TV, Washe | 1129-000 | 500.00 |
| 2008 Tax Refund | 1129-000 | 1,000.00 |
| preferential transfer - Diners Club | 1241-000 | 3,285.94 |
| Interest Income | 1270-000 | 0.96 |
| **TOTAL GROSS RECEIPTS** | | **$5,286.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,278.68 | 1,278.68 | 1,278.68 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 113.27 | 113.27 | 113.27 |
| Joseph R. Voiland | 3110-000 | N/A | 0.00 | 1,180.00 | 1,180.00 |
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 201.08 | 201.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,391.95 | 2,773.03 | 2,773.03 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 1,950.30 | 1,950.30 | 43.99 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 5,784.25 | 5,784.25 | 130.46 |
| 3 | DISCOVER BANK | 7100-000 | N/A | 9,461.38 | 9,461.38 | 213.39 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 525.79 | 525.79 | 11.86 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 11,319.80 | 11,319.80 | 255.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 421.13 | 421.13 | 9.50 |
| 7 | North Gary Auto Care Center, Inc | 7100-000 | N/A | 966.16 | 966.16 | 21.79 |
| 8 | American Express Centurion Bank | 7100-000 | N/A | 16,288.96 | 16,288.96 | 367.38 |
| 9 | PRA Receivables Management, LLC | 7100-000 | N/A | 740.41 | 740.41 | 16.70 |
| 10 | PRA Receivables Management, LLC | 7100-000 | N/A | 783.08 | 783.08 | 17.66 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,449.29 | 5,449.29 | 122.90 |
| 12 | Capital Recovery III LLC Assignee of | 7100-000 | N/A | 5,043.62 | 5,043.62 | 113.75 |
| 13 | GE Money Bank dba GAP | 7100-000 | N/A | 1,095.18 | 1,095.18 | 24.70 |
| 14 | GE Money Bank dba LOWES CONSUMER | 7100-000 | N/A | 320.21 | 320.21 | 7.22 |
| 15 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 1,075.29 | 1,075.29 | 24.25 |
| 16 | GE Money Bank dba JCPENNEY REWARDS MASTERCARD | 7100-000 | N/A | 1,201.19 | 1,201.19 | 27.09 |
| 17 | GE Money Bank dba MEIJER PLATINUM MC | 7100-000 | N/A | 2,275.11 | 2,275.11 | 51.31 |
| 18 | GE Money Bank dba OLD NAVY | 7100-000 | N/A | 295.79 | 295.79 | 6.67 |
| 19 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 17,872.59 | 17,872.59 | 403.09 |
| 20 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 13,085.80 | 13,085.80 | 295.13 |
| 21 | Chase Bank USA NA | 7100-000 | N/A | 6,457.53 | 6,457.53 | 145.64 |
| 22 | Toyota Motor Credit Corporation | 7100-000 | N/A | 9,048.92 | 9,048.92 | 204.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 111,461.78 | 111,461.78 | 2,513.87 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-16360  
**Case Name:** LEITH, THOMAS M  
LEITH, LISA R  
**Period Ending:** 09/18/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 05/05/09 (f)  
**§341(a) Meeting Date:** 06/22/09  
**Claims Bar Date:** 04/15/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Location: 1860 Dorchester Ave, Algonquin, Single | 319,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Chase checking account | 500.00 | 500.00 | | 500.00 | FA |
| 3 | Chase savings account | 10.00 | 10.00 | DA | 0.00 | FA |
| 4 | Misc household furniture & appliances: TV, Washe | 1,500.00 | 1,500.00 | | 500.00 | FA |
| 5 | Clothing | 130.00 | 0.00 | DA | 0.00 | FA |
| 6 | 401K | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2008 Tax Refund | 8,555.00 | 555.00 | | 1,000.00 | FA |
| 8 | 2005 Toyota Sequoia (130,000 miles) | 11,575.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1997 Honda Civic | 1,025.00 | 0.00 | DA | 0.00 | FA |
| 10 | computer, printer | 300.00 | 300.00 | DA | 0.00 | FA |
| 11 | preferential transfer - Diners Club  (u) | 3,000.00 | 3,000.00 | | 3,285.94 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.96 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | **$350,595.00** | **$5,865.00** | | **$5,286.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 15, 2010    **Current Projected Date Of Final Report (TFR):**    May 15, 2011

Printed: 09/18/2011 10:10 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-16360  
**Case Name:** LEITH, THOMAS M  
LEITH, LISA R  
**Taxpayer ID #:** **-***2610  
**Period Ending:** 09/18/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****62-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/10 | | Chase Bank | proceeds from Leith re: purchase of personal property | | 2,000.00 | | 2,000.00 |
| | {4} | | | 500.00 | 1129-000 | | 2,000.00 |
| | {2} | | | 500.00 | 1129-000 | | 2,000.00 |
| | {7} | | | 1,000.00 | 1129-000 | | 2,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 2,000.01 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,000.09 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 2,000.14 |
| 04/20/10 | | Wire out to BNYM account 9200******6265 | Wire out to BNYM account 9200******6265 | 9999-000 | -2,000.14 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -2,000.14 | 0.00 | |
| **Subtotal** | 2,000.14 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,000.14** | **$0.00** | |

{} Asset reference(s)

Printed: 09/18/2011 10:10 AM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-16360 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | LEITH, THOMAS M | | Bank Name: | The Bank of New York Mellon |
| | LEITH, LISA R | | Account: | 9200-******62-65 - Money Market Account |
| Taxpayer ID #: | **-***2610 | | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 09/18/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | Wire in from JPMorgan Chase Bank, N.A. account ********6265 | 9999-000 | 2,000.14 | | 2,000.14 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.04 | | 2,000.18 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.12 | | 2,000.30 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 | | 2,000.41 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.12 | | 2,000.53 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.11 | | 2,000.64 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,000.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,000.66 |
| 11/11/10 | {11} | Citibank (South Dakota), N.A. | settlement proceeds  re Diner's Club | 1241-000 | 3,285.94 | | 5,286.60 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,286.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,286.66 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,286.70 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,286.74 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 5,286.75 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,286.77 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,286.81 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,286.85 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,286.89 |
| 07/13/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 5,286.90 |
| 07/13/11 | | To Account #9200******6266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 5,286.90 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,286.90 | 5,286.90 | $0.00 |
| | | | Less: Bank Transfers | | 2,000.14 | 5,286.90 | |
| | | | **Subtotal** | | 3,286.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,286.76** | **$0.00** | |

{} Asset reference(s)  
Printed: 09/18/2011 10:10 AM    V.12.54

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-16360  
**Case Name:** LEITH, THOMAS M  
　　　　　　　　LEITH, LISA R  
**Taxpayer ID #:** **-***2610  
**Period Ending:** 09/18/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/13/11 | | From Account #9200******6265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 5,286.90 | | 5,286.90 |
| 07/13/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,278.68, Trustee Compensation;  Reference: | 2100-000 | | 1,278.68 | 4,008.22 |
| 07/13/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $113.27, Trustee Expenses;  Reference: | 2200-000 | | 113.27 | 3,894.95 |
| 07/13/11 | 103 | Joseph R. Voiland | Dividend paid 100.00% on $1,180.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,180.00 | 2,714.95 |
| 07/13/11 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $201.08, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 201.08 | 2,513.87 |
| 07/13/11 | 105 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid   2.25% on $1,950.30; Claim# 1; Final distribution | 7100-000 | | 43.99 | 2,469.88 |
| 07/13/11 | 106 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid   2.25% on $5,784.25; Claim# 2; Final distribution | 7100-000 | | 130.46 | 2,339.42 |
| 07/13/11 | 107 | DISCOVER BANK | Dividend paid   2.25% on $9,461.38; Claim# 3; Final distribution | 7100-000 | | 213.39 | 2,126.03 |
| 07/13/11 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid   2.25% on $525.79; Claim# 4; Final distribution | 7100-000 | | 11.86 | 2,114.17 |
| 07/13/11 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid   2.25% on $11,319.80; Claim# 5; Final distribution | 7100-000 | | 255.30 | 1,858.87 |
| 07/13/11 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid   2.25% on $421.13; Claim# 6; Final distribution | 7100-000 | | 9.50 | 1,849.37 |
| 07/13/11 | 111 | North Gary Auto Care Center, Inc | Dividend paid   2.25% on $966.16; Claim# 7; Final distribution | 7100-000 | | 21.79 | 1,827.58 |
| 07/13/11 | 112 | American Express Centurion Bank | Dividend paid   2.25% on $16,288.96; Claim# 8; Final distribution | 7100-000 | | 367.38 | 1,460.20 |
| 07/13/11 | 113 | PRA Receivables Management, LLC | Dividend paid   2.25% on $740.41; Claim# 9; Final distribution | 7100-000 | | 16.70 | 1,443.50 |
| 07/13/11 | 114 | PRA Receivables Management, LLC | Dividend paid   2.25% on $783.08; Claim# 10; Final distribution | 7100-000 | | 17.66 | 1,425.84 |
| 07/13/11 | 115 | Chase Bank USA, N.A. | Dividend paid   2.25% on $5,449.29; Claim# 11; Final distribution | 7100-000 | | 122.90 | 1,302.94 |
| 07/13/11 | 116 | Capital Recovery III LLC Assignee of | Dividend paid   2.25% on $5,043.62; Claim# 12; Final distribution | 7100-000 | | 113.75 | 1,189.19 |
| 07/13/11 | 117 | GE Money Bank dba GAP | Dividend paid   2.25% on $1,095.18; Claim# 13; Final distribution | 7100-000 | | 24.70 | 1,164.49 |
| 07/13/11 | 118 | GE Money Bank dba LOWES CONSUMER | Dividend paid   2.25% on $320.21; Claim# 14; Final distribution | 7100-000 | | 7.22 | 1,157.27 |

Subtotals :　　$5,286.90　　$4,129.63

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　Printed: 09/18/2011 10:10 AM    V.12.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-16360 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | LEITH, THOMAS M | | **Bank Name:** | The Bank of New York Mellon |
| | LEITH, LISA R | | **Account:** | 9200-******62-66 - Checking Account |
| **Taxpayer ID #:** | **-***2610 | | **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Period Ending:** | 09/18/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/13/11 | 119 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid   2.25% on $1,075.29; Claim# 15; Final distribution | 7100-000 | | 24.25 | 1,133.02 |
| 07/13/11 | 120 | GE Money Bank dba JCPENNEY REWARDS MASTERCARD | Dividend paid   2.25% on $1,201.19; Claim# 16; Final distribution | 7100-000 | | 27.09 | 1,105.93 |
| 07/13/11 | 121 | GE Money Bank dba MEIJER PLATINUM MC | Dividend paid   2.25% on $2,275.11; Claim# 17; Final distribution | 7100-000 | | 51.31 | 1,054.62 |
| 07/13/11 | 122 | GE Money Bank dba OLD NAVY | Dividend paid   2.25% on $295.79; Claim# 18; Final distribution | 7100-000 | | 6.67 | 1,047.95 |
| 07/13/11 | 123 | Fia Card Services, NA/Bank of America | Dividend paid   2.25% on $17,872.59; Claim# 19; Final distribution | 7100-000 | | 403.09 | 644.86 |
| 07/13/11 | 124 | Fia Card Services, NA/Bank of America | Dividend paid   2.25% on $13,085.80; Claim# 20; Final distribution | 7100-000 | | 295.13 | 349.73 |
| 07/13/11 | 125 | Chase Bank USA NA | Dividend paid   2.25% on $6,457.53; Claim# 21; Final distribution | 7100-000 | | 145.64 | 204.09 |
| 07/13/11 | 126 | Toyota Motor Credit Corporation | Dividend paid   2.25% on $9,048.92; Claim# 22; Final distribution | 7100-000 | | 204.09 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,286.90 | 5,286.90 | $0.00 |
| Less: Bank Transfers | 5,286.90 | 0.00 | |
| **Subtotal** | 0.00 | 5,286.90 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5,286.90** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****62-65** | 2,000.14 | 0.00 | 0.00 |
| **MMA # 9200-******62-65** | 3,286.76 | 0.00 | 0.00 |
| **Checking # 9200-******62-66** | 0.00 | 5,286.90 | 0.00 |
| | $5,286.90 | $5,286.90 | $0.00 |